**United States District Court**
For the Northern District of California

1

2

3                    IN THE UNITED STATES DISTRICT COURT

4                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6
CHRISTOPHER DIXON,
7
                          Petitioner,          NO. C05-2862 TEH
8
             v.                                ORDER DENYING APPLICATION
9                                              FOR CERTIFICATE OF
TOM CAREY,                                     APPEALABILITY
10
                          Respondent.
11

12

13        The Court is in receipt of Petitioner Christopher Dixon's application for a certificate

14   of appealability.  The application is DENIED because the Court finds that Dixon has failed to

15   make a "substantial showing of the denial of a constitutional right" on any of his claims.

16   28 U.S.C. § 2253(c)(2); *see also Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000) (explaining

17   that an applicant satisfies this standard where he or she shows that reasonable jurists could

18   find the issues debatable or that the issues are "adequate to deserve encouragement to

19   proceed further") (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 n.4 (1983)).  The Clerk

20   shall forward the case file to the court of appeals with this order.  *United States v. Asrar*,

21   116 F.3d 1268, 1270 (9th Cir. 1997).

22

23   **IT IS SO ORDERED.**

24

25   Dated:   04/10/06

26                                             THELTON E. HENDERSON, JUDGE
                                               UNITED STATES DISTRICT COURT

27

28